**CV 15    1078**

ORIGINAL
FILED
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SAMPLE 2015 FEB 17 PM 12:31
~~DO NOT SUBMIT THIS FORM TO THE COURT~~
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

2015 FEB 17 PM 12:31
FILED
CLERK

---------------------------------X

[~~Your Name~~], MARIE L BANKS (AKA) Gervais

Plaintiff,                                    COMPLAINT

- against - Mr Schrumer Building Manager
- EMS                                          Jury Trial Demanded
[~~Insert Names~~], Community Army 81st Pct
- Superintendant known                         GLEESON, J.
            Defendants. as Toni                SCANLON, M.J.
---------------------------------X

I.   Parties:

- Plaintiff MARIE L BANKS resides at 194 Malcolm x Blvard Apt 63
                                     Brooklyn N·Y 11221
- Defendant Mr Schrumer resides at 320 Roebling Street Room 615
- EMS 30 Ralph Ave Brooklyn N·Y 11221   Brooklyn N·Y 11211
- Defendant Superintendent resides at 194 Malcolm x Blvard #
                                      Brooklyn N·Y 11221
Community Army 81 precint 30 Ralph avenue Brooklyn N·Y 11221

II.  The jurisdiction of the Court is invoked pursuant to _____.

III. Statement of Claim. Daily Illegal Search - Fake Drug Accusation - Fake accusation of stealing ID Robbery of my Identification with the Community Harassment Hacking on my Information - Narcotic agent Bribed by Haitian who Kidnapped me in 1997 to repossess my property said: she used to live on Long Island, she is on drug she is on Identification thief - Made a deal with superintendent

IV.  Remedy. - stop Kidnapping
30 millions of dollars for Kidnapping orchestration for mass grave via jail or mental ward

Feb 17, 2015                              Marie L Banks
Date                                      Sign Your Name

                                          718-574-0618
                                          Telephone Number

Complaint

I am a cardiac Patient with Implant.
I keep telling my building manager that the Super in the Building, an african is deeply involved in Harassing me by Break-in, disappearance of my Papers, my clothes, tampering with my food, my medication, he is assigned daily to do my execution.
I heard him speak to a Narotic officer to lock me up for 6 months for my disability money.

The Secretary said to me: Be careful
The Manager Mr Schurmer said: He is Fine, do not call me in the middle of the night.
... Because I have a pace maker and the Frigid Temperature of (15) (20) degrees he shut off the heat from 12 Am to 6 Am.

He removed all my recent utilities bills for the company to proceed in requesting payment with inflated bills.

I do not know the Super African or American name, or if he is dead in Africa while being alive in America... The Day the State Department granted my mother a visa appointment date to reenter the U.S.A he came with a bunch of moving tenants' mail to plant on me... My mother was executed

without causing slightly... being searched, he was paid to do me. I became convinced that he entered my apartment when I see him, without regard for human rights, he took my sofa pillow cutted it removed the sponge took the fabric to clean his furniture in the upholstery store he opened ... when I called Police to report my letter from the State Department where my mother visa was approved, my father passport with visa disappeared - I ended up in Woodhull Psychiatric ward - assaulted lock up no report given and requested from the EMS to sign my benefits to EMS. The Super and Bedford Stuyvesant Army do not stop to move on me - when I make a phone call I am harassing them and my execution via Jail or mental ward is imminent. The Beautiful Quiet Haitian community that do not harass, but do kidnapping for Fees is enraged. The community of Benefits Predators have one song: She is an Identification thief ... They Break in and stole all my papers from Archives with the super - I just have to let them do me. ONE WAY Justice. No cross Examination on the Mass Grave runners.

I tried to be nice with the Super inten-

dent of the building when I saw him, got him a little donation to ease the relation and told him I heard the community said that I am on Identification thief he said to me not to worry ... All the Jewish People are on Identification thief at that I understand that associated with the criminals from Haiti, he wants to rule, take over the building own by the jewish landlord, the church army crusade on human sacrifice said the Battle is for the land.

The Building manager said the Super is okay and inquired if I am working so they can proceed to search me with Narcotic agent, someone in the area told me ... Feb 16, 2015.

I want justice from Junon Dominique who in 1997 hired Robert Klein to change my lock to repossess my property at 55 Botsford Street Hempstead N.Y 11550 without a court order as the Narcotic officer she sent said : in 2015 "She used to live on Long Island"

My Father Louis Emile Banks was witnessed when I signed the deed of the House with Mrs Pauline Navarra the seller — she never have to face Abduction charges — she feel free to restart same Technic and Executed her victim
Marie L Banks




2/11/15

Patient Bank Gervais, Marie has a medical condition requiring a permanent pace maker and is followed in the cardiology clinic at Woodhull Medical Center. For any questions, please contact Dr. Mirrer at Woodhull Medical Center   718 963 8000.


Thank you

Pawel Szurnicki PGY-1 MD
PAWEL SZURNICKI MD
Resident MED
NBHN # 411405
MMIS # 698866

ok
M.IRRER   NY121075